NATIONAL UNION OF MARINE COOKS AND STEWARDS, an unincorporated association, appellant, v. LUCKENBACH STEAMSHIP COMPANY, a corporation, appellee.

No. 12058.

United States Court of Appeals
Ninth Circuit.

Dec. 7, 1948.

Gladstein, Andersen, Resner & Sawyer and Norman Leonard, all of San Francisco, Cal., for appellant.

Brobeck, Phleger & Harrison and Robert E. Burns, all of San Francisco, Cal., for appellee.

Before DENMAN, Chief Judge, and HEALY and BONE, Circuit Judges.

PER CURIAM.

Appellee moves to dismiss the appeal.

The facts in this case are similar to those in National Union of Marine Cooks and Stewards v. Matson Navigation Company, 171 F.2d 179. For the reasons there stated, the motion is granted.

HEALY, Circuit Judge.

I concur in the result.